IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEPHEN SUMMERS,

    Plaintiff,

vs.                                                                            No. CIV 14-0063 JB/KBM

COSME D. RIPOL,

    Defendant.

## **FINAL JUDGMENT**

**THIS MATTER** having come before the Court under 28 U.S.C. § 1915(e)(2) and rule 12(b)(6) of the Federal Rules of Civil Procedure, on Plaintiff Stephen Summers's Civil Rights Complaint under 42 U.S.C. § 1983, filed January 21, 2014 (Doc. 1); and the Court having entered a Memorandum Opinion and Order, filed April 30, 2014 (Doc. 12), dismissing Summers's Complaint,

**IT IS ORDERED** that judgment is hereby entered in favor of Defendant Cosme D. Ripol, and this action is dismissed.

                                                                         _____
                                                                         UNITED STATES DISTRICT JUDGE

*Counsel:*

Stephen Summers
San Juan County Adult Detention Center
Farmington, New Mexico

    *Plaintiff pro se*